IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

           Plaintiff,

                      Civil Action No. 7:08-CV-0368 (GHL)

vs.

$15, 600.00 IN U.S. CURRENCY

           Defendant.

---

| APPEARANCES: | OF COUNSEL: |
|---|---|
| FOR PLAINTIFF: | |
| OFFICE OF UNITED STATES ATTORNEY<br>445 Broadway<br>218 James T. Foley U.S. Courthouse<br>Albany, New York 12207 | THOMAS A. CAPEZZA, ESQ.<br>Assistant United States Attorney |
| FOR DEFENDANT: | |
| LAW OFFICE OF H. DANA VANHEE<br>333 East Onondaga Street<br>Syracuse, New York 13202 | H. DANA VANHEE, ESQ. |

GEORGE H. LOWE
U.S. MAGISTRATE JUDGE

JUDGMENT DISMISSING ACTION
BASED UPON SETTLEMENT

The parties have entered into an agreement in settlement of all

claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

It is therefore hereby

ORDERED, as follows:

1)  This action is dismissed, with prejudice, except as set forth below.

2)  The court will retain complete jurisdiction to vacate this order and to reopen the action within three months from the date of this order upon cause shown that the settlement has not been completed and further litigation is necessary.

3)  The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action by electronic means.

Dated: April 20, 2009
       Syracuse, New York

*signature*
George H. Lowe
United States Magistrate Judge