# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON FORFEITURE

**UNITED STATES OF AMERICA**

    vs.                                      CASE NUMBER: 7:08-CV-368 (GHL)

**$15,600.00 IN US CURRENCY**

**Decision by Court.**   This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

WHEREAS, by virtue of the Order directing entry of A Stipulated Settlement Agreement and Order of Forfeiture which was filed with the United States District Court Clerk's Office for the Northern District of New York on April 21, 2009, it is hereby

IT IS ORDERED AND ADJUDGED

That the sum of $13,600.00 in US Currency is hereby forfeited to the United States of America and shall be disposed of in accordance with law by the United States Marshal. Further Ordered that the sum of $2,000.00 in US Currency shall be returned to claimant Christopher R. Keese through his attorney H. Dana VanHee. Each party to bear its own costs.

All of the above pursuant to the Order of the Honorable Judge George H. Lowe, dated the 21st day of April, 2009.

DATED: April 21, 2009

                                                          *[signature]*
                                                          Clerk of Court

                                                          s/

                                                          Joanne Bleskoski
                                                          Deputy Clerk